UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHEN DIALLO UHURU,<br><br>Plaintiff,<br><br>v.<br><br>LAURA ELDRIDGE, et al.,<br><br>Defendants. | No. 2:19-cv-1119 JAM KJN P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 11, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 11, 2020, are adopted in full;

2. Plaintiff accrued three strikes under 28 U.S.C. § 1915(g) prior to filing this action;

3. Plaintiff's in forma pauperis status (ECF No. 8) is revoked;

4. The order directing the CDCR to collect the filing fee (ECF No. 10) is vacated;

5. The court orders plaintiff to pay the $400.00 filing fee in order to proceed with this action;

6. Plaintiff's motion for injunctive relief (ECF No. 25) is denied without prejudice.

7. The Clerk of the Court is directed to serve a copy of this order on the Director, California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814; and

8. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

DATED: July 29, 2020

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

2