UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KOHEN DIALLO UHURU, | No. 2:19-cv-1119 JAM KJN P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| LAURA ELDRIDGE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 17, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections to the findings and recommendations, and renewed his motion for appointment of counsel.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the

---

[1] In his objections, plaintiff revisits his challenge to the July 29, 2020 order revoking plaintiff's in forma pauperis status. Plaintiff's motions for reconsideration and to alter or amend such order were denied. (ECF No. 33.) Plaintiff's arguments concerning the Covid-19 pandemic are insufficient to meet the 28 U.S.C. § 1915(g) exception because plaintiff's action was filed on June 18, 2019, before the pandemic. In any event, the findings and recommendations at issue solely addressed plaintiff's failure to pay the filing fee, which plaintiff has not done.

1

court finds the findings and recommendations to be supported by the record and by proper analysis.

In light of this order, plaintiff's renewed motion for appointment of counsel is denied.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 17, 2020, are adopted in full;
2. Plaintiff's motion for appointment of counsel (ECF No. 39) is denied; and
3. This action is dismissed without prejudice.

DATED:  December 7, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

2