UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHEN DIALLO UHURU, | No. 2:19-cv-1119 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| LAURA ELDRIDGE, et al., | |
| Defendants. | |

   Plaintiff is a state prisoner. On May 12, 2022, plaintiff filed a motion for revision in the names of defendants and a request for clarification on the reason his in forma pauperis status was revoked. On June 11, 2020, it was recommended that plaintiff's in forma pauperis be revoked because at least three of his prior court cases were dismissed for failure to state a claim, constituting strikes under 28 U.S.C. § 1915(g). (ECF No. 28.) The court further found that plaintiff failed to demonstrate he was at risk of imminent danger of serious physical injury at the time he brought the action. The findings and recommendations were adopted in full on July 29, 2020.

   Neither of these court filings were returned by the postal service. Indeed, the record confirms that plaintiff received such documents because he sought reconsideration by the district court (ECF No. 31), which was denied (ECF No. 33). In addition, plaintiff filed a notice of appeal as to the district court's order denying the motion for reconsideration, although such

appeal was subsequently dismissed.  (ECF Nos. 34, 38.)  On November 17, 2020, it was recommended that the action be dismissed based on plaintiff's failure to pay the filing fee.  (ECF No. 37.)  On December 8, 2020, the district court adopted the recommendations and dismissed the action.  (ECF No. 41.)  Plaintiff filed an appeal, which was dismissed for failure to prosecute.  (ECF No. 43, 46.)  Plaintiff twice sought reconsideration, and both motions were denied.  (ECF Nos. 47, 48, 49, 50.)  Indeed, in the last order, the district court warned plaintiff that further requests to reconsider the order would be stricken and the district court may impose monetary sanctions on plaintiff.  (ECF No. 50.)

Despite all of these court orders that plaintiff undoubtedly received, plaintiff filed a request for status and sought to revise the names of defendants.[1]

This civil rights action was closed on December 8, 2020, and his requests for reconsideration and appeals were denied and dismissed.  If plaintiff wishes to pursue any civil rights claim brought herein, he must file a new action.  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to revise defendants' names (ECF No. 52) is denied; and

2. No orders will issue in response to future filings.

Dated:  May 23, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/uhur1119.58

---

[1] Plaintiff included a copy of two money orders made payable to the Clerk of the District Court.  (ECF No. 53 at 2, 3.)  The $350.00 money order, dated 12/1/2021, was returned to sender.  At the time the first money order was received, plaintiff's in forma pauperis status was revoked, the $350.00 was not payment in full, and plaintiff's case was terminated.  The financial department confirmed that the second money order for $50.00, dated 1/8/2022, was inadvertently deposited.  The financial department is in the process of refunding the $50.00 to the sender.  In any event, plaintiff's efforts to pay the filing fee almost a year after this action was closed were untimely and ineffective.