UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Khoen Diallo Uhuru, | No. 2:19-cv-01119-KJM-KJN |
| Plaintiff, | ORDER |
| v. | |
| Laura Eldridge, et al., | |
| Defendants. | |

Plaintiff Kenneth Diallo Uhuru moves to alter or amend the judgment under Rules 59(e) and 60(a). ECF No. 59. He appears to contend the Ninth Circuit wrongly dismissed his previous appeal for failure to pay docketing fees. *See id.* ("The bills for fees due has already been paid pursuant to attached receipts which should correct the oversights and omissions in the interest of justice."); Order, *Uhuru v. Eldridge*, No. 20-17501 (9th Cir. Apr. 27, 2021), ECF No. 46 (dismissing appeal for failure to prosecute under Ninth Circuit Rule 42-1). This court has no jurisdiction to review the Ninth Circuit's order. The motion to alter or amend the judgment (ECF No. 59) is **denied**.

IT IS SO ORDERED.

DATED: April 26, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

1